**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICIA GERVAIS,

                Plaintiff,            CIVIL ACTION NO: 04-CV-72980-DT

v.

CITY OF FLINT, et al.,

                Defendants

_____ /

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above-entitled  action has been

settled, therefore;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is,

**DISMISSED** without costs and without prejudice to the right of either party to move within

sixty (60) days  to vacate this Order if settlement is not consummated. After 60 days from

this date, this dismissal is with prejudice.


                  S/Robert H. Cleland_____
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE


Dated:  August 31, 2005


I hereby certify that a copy of the foregoing document was mailed to counsel of record on
this date, August 31, 2005, by electronic and/or ordinary mail.


                  S/Lisa G. Wagner_____
                Case Manager and Deputy Clerk
                (313) 234-5522